IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY,

    Plaintiff,          No. CIV S-11-136 GEB DAD (TEMP) PS

    vs.

AMERICAN HONDA FINANCIAL SERVICES,

    Defendant.          FINDINGS AND RECOMMENDATIONS
/

        Plaintiff is proceeding in this action pro se and in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21).

        By order filed January 19, 2011, plaintiff was ordered to show cause no later than January 28, 2011 why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff has failed to respond to the order to show cause. There being no evident basis for subject matter jurisdiction, the court will recommend that this action be dismissed.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for lack of subject matter jurisdiction.

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file

written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: February 2, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

JMM
portnoy-honda.nosmj